**Rule 211.     Oral Arguments**

[Any party or the party's attorney shall have the right to argue any motion and the court shall have the right to require oral argument.  With the approval of the court oral argument may be dispensed with by agreement of the attorneys and the matter submitted to the court either on the papers filed of record, or on such briefs as may be filed by the parties.  The person seeking the order applied for shall argue first and may also argue in reply, but such reply shall be limited to answering arguments advanced by the respondent. In matters where there may be more than one respondent, the order of argument by the respondents shall be as directed by the court.]  Any interested party may request oral argument on a motion.  The court may require oral argument, whether or not requested by a party.  The court may dispose of any motion without oral argument.